# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DALE M. GERFIN, *et al.*, | : | CIV. NO. 3:23-CV-01037 |
| Plaintiffs, | : | (Magistrate Judge Schwab) |
| v. | : | |
| SOUTHWESTERN ENERGY PRODUCTION COMPANY, | : | |
| Defendant. | : | |

## ORDER
September 3, 2024

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that SWN's motion to dismiss (*doc. 3*) is **DENIED**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge